Michael J. Frevola
Chester D. Hooper
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
LAIWU STEEL CORPORATION



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 11499

---

LAIWU STEEL CORPORATION,

　　　　　Plaintiff,

-against-

AL-FAQIH GENERAL TRADING, a/k/a AL-FAQIH FOR TRADING a/k/a AL-FAQIH FOR GENERAL TRADING,

　　　　　Defendant.

---

07 Civ. _____

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

I, Michael J. Frevola, attorney for Plaintiff Laiwu Steel Corporation, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Laiwu Steel Corporation is publicly traded on the Shanghai stock exchange.

Dated:   New York, New York
　　　　 December 21, 2007

　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Michael J. Frevola
　　　　　　　　　　　　　　Chester D. Hooper
　　　　　　　　　　　　　　Lissa D. Schaupp
　　　　　　　　　　　　　　195 Broadway
　　　　　　　　　　　　　　New York, NY 10007-3189
　　　　　　　　　　　　　　Tel:   (212) 513-3200
　　　　　　　　　　　　　　Fax:   (212) 385-9010

　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　*Laiwu Steel Corporation*