SAND, 5.

Michael J. Frevola
Chester D. Hooper
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
LAIWU STEEL CORPORATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAIWU STEEL CORPORATION,

    Plaintiff,

-against-

AL-FAQIH GENERAL TRADING, a/k/a AL-FAQIH FOR TRADING, a/k/a AL-FAQIH FOR GENERAL TRADING,

    Defendant.

07 Civ. 11499 (LBS)

**NOTICE OF VOLUNTARY DISMISSAL**

    **PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Laiwu Steel Corporation, by and through its attorneys of record, dismisses this action without prejudice.

Dated: New York, New York
       April 15, 2008

                    HOLLAND & KNIGHT LLP

       By: _____
              Michael J. Frevola
              Chester D. Hooper
              Lissa Schaupp
              195 Broadway
              New York, NY 10007-3189
              Tel:  (212) 513-3200
              Fax:  (212) 385-9010
              *Attorneys for Plaintiff*
              *Laiwu Steel Corporation*

SO ORDERED:

_____
U.S.D.J.

4/16/08